IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr154

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| STEVEN GIACOBBE (4) ) | |

**THIS MATTER** is before the Court upon motion of Patricia Ortega (Doc. No. 330: Motion) seeking the return of a cash bond.

When defendant Steven Giacobbe was released on bond following his arrest in the Southern District of New York, Ms. Ortega posted $5,000 as surety. (Doc. No. 32: Appearance Bond). The defendant complied with the terms of his release while this matter was pending. Accordingly, the Court finds that Ms. Ortega is entitled to receive the cash bond.

**IT IS, THEREFORE, ORDERED** that the motion (Doc. No. 330) is **GRANTED**.

Signed: January 6, 2010

Robert J. Conrad, Jr.
Chief United States District Judge