IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cr-154

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>STEPHEN GIACOBBE (4) )<br>)<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the defendant to terminate supervised release early. (Doc. No. 413).

Title 18, United States Code, Section 3583(e)(1) permits a court to discharge a defendant from supervised release after one year after considering the factors in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). The motion recites that the government and the United States Probation Office do not oppose the requested relief. Upon review of the entire record in this case, the Court finds that reduction of the supervised release term would achieve a sufficient, but not greater than necessary, sentence.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**, and the Judgment (Doc. No. 206) is amended to reduce the supervised release term to the time served on supervision since November 15, 2010.

Signed: December 20, 2011

Robert J. Conrad, Jr.
Chief United States District Judge